UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:96-CR-00058-JO-1 |
| Plaintiff, | **ORDER DECLARING DEFENDANT DISCHARGE FROM SENTENCE OF IMPRISONMENT AND SUPERVISED RELEASE** |
| v. | |
| GREGORY FRANK SPEROW, | |
| Defendant | |

The Court being fully advised concerning the above matter, and in consideration of the Motion and Declaration of Assistant United States Attorney Johnathan S. Haub, and the Court being fully informed in the premises, this Court does HEREBY ORDER that defendant, Gregory Frank Sperow is fully discharged from the sentence of Five (5) years imprisonment and Two (2) year term of supervised release imposed in this case.

The Court notes that the defendant dismissed his appeal in reliance upon assurances made by the government to this effect in this case and in the case of United States Court of Appeals, Case No. CA-11-30043.

IT IS SO ORDERED.

Dated this 10th day of September 2012.

ROBERT E. JONES
Senior United States District Judge